UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WAJIH MOHAMED and
MAHA MOHAMED

    Plaintiffs,

v.    :    CIVIL NO. 3:05CV1498(CFD)

UNITED STATES OF AMERICA

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Wajih and Maha Mohamed, hereby notify the Court that the above-captioned action against the defendant, United States of America, is hereby voluntarily withdrawn and dismissed with prejudice.

THE PLAINTIFFS

BY _____
Nathan C. Nasser
Ventura, Ribeiro & Smith
900 Madison Avenue
Suite 215
Bridgeport, CT. 06606
(203) 579-3072
Juris No. 414924

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was mailed via first-class mail, postage prepaid, this 8th day of December, 2005, to:

Counsel for Defendant
WILLIAM M. BROWN, JR.
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FEDERAL BAR NO. ct20813
william.m.brown@usdoj.gov

_____
Nathan C. Nasser